JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

JAN 22 2008

FILED
CLERK'S OFFICE

United States Courts
Southern District of Texas
FILED

JB FEB 14 2008

Michael N. Milby, Clerk

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-13)**

On June 22, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of Rhode Island for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 493 F.Supp.2d 1371 (J.P.M.L. 2007). Since that time, 287 additional actions have been transferred to the District of Rhode Island. With the consent of that court, all such actions have been assigned to the Honorable Mary M. Lisi.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Rhode Island and assigned to Judge Lisi.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of Rhode Island for the reasons stated in the order of June 22, 2007, and, with the consent of that court, assigned to the Honorable Mary M. Lisi.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Rhode Island. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

FEB - 7 2008

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Attest to True Copy
DAVID A. DIMARZIO
By Deputy Clerk

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

## SCHEDULE CTO-13 - TAG-ALONG ACTIONS

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| CALIFORNIA EASTERN | | |
| CAE 2 07-2743 | Rocky Bland v. C.R. Bard, Inc., et al. | 08-2143 |
| ILLINOIS NORTHERN | | |
| ILN 1 07-6885 | Ernest Burge, et al. v. Davol, Inc., et al. | 08-2144 |
| KANSAS | | |
| KS 2 07-2569 | Erma Lee Ellis v. Davol, Inc., et al. | 08-2145 |
| MICHIGAN EASTERN | | |
| MIE 2 07-15310 | Robert D. Hicks v. C.R. Bard, Inc., et al. | 08-2146 |
| MINNESOTA | | |
| MN 0 07-4871 | John E. Walters v. Davol, Inc., et al. | 08-2147 |
| MN 0 07-4952 | Ruth E. Permann v. Davol, Inc., et al. | 08-2148 |
| NEW JERSEY | | |
| NJ 2 07-5928 | Brian Albert Adkins v. Davol, Inc., et al. | 08-2149 |
| NJ 2 07-6019 | Douglas R. Morris v. Davol, Inc., et al. | 08-2150 |
| NEW YORK EASTERN | | |
| NYE 1 07-5165 | Richard Brill, et al. v. Davol, Inc., et al. | 08-2151 |
| OHIO NORTHERN | | |
| OHN 3 08-49 | Margaret Sheets v. Davol, Inc., et al. | 08-2152 |
| PENNSYLVANIA EASTERN | | |
| ~~PAE 2 07-5117~~ | ~~Pamela Fay Hopkins, etc. v. C.R. Bard, Inc., et al.~~ | Vacated 2/1/08 |
| TEXAS NORTHERN | | |
| TXN 3 07-2075 | Hazel Nevil v. Davol, Inc., et al. | 08-2153 |
| TEXAS SOUTHERN | | |
| TXS 2 07-463 | Maria Huerta v. C.R. Bard, Inc., et al. | 08-2154 |
| TXS 4 07-4110 | Donald G. Johnson v. Davol, Inc., et al. | 08-2155 |
| TXS 4 07-4142 | Donna W. Alvarez v. Davol, Inc., et al. | 08-2156 |
| TXS 4 07-4143 | Kenneth D. Andrews v. Davol, Inc., et al. | 08-2157 |
| TXS 4 07-4144 | Kathryn D. Bailey v. Davol, Inc., et al. | 08-2158 |
| TXS 4 07-4145 | James Roger Banks v. Davol, Inc., et al. | 08-2159 |
| TXS 4 07-4146 | William John Bodnar v. Davol, Inc., et al. | 08-2160 |
| TXS 4 07-4147 | Melody A. Brown v. Davol, Inc., et al. | 08-2161 |

**MDL No. 1842 - Schedule CTO-13 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|
| TXS | 4 | 07-4148 | Alice Marie Bustamante v. Davol, Inc., et al. | 08-2162 |
| TXS | 4 | 07-4149 | David N. Camarote v. Davol, Inc., et al. | 08-2163 |
| TXS | 4 | 07-4150 | Anthony J. Dabo, Jr. v. Davol, Inc., et al. | 08-2164 |
| TXS | 4 | 07-4151 | Andrea Dianne Dawkins v. Davol, Inc., et al. | 08-2165 |
| TXS | 4 | 07-4174 | Louis J. Andelmo v. Davol, Inc., et al. | 08-2166 |
| TXS | 4 | 07-4175 | Margaret E. Belk v. Davol, Inc., et al. | 08-2167 |
| TXS | 4 | 07-4176 | Michael Bolton v. Davol, Inc., et al. | 08-2168 |
| TXS | 4 | 07-4178 | Asha Z. Bowen v. Davol, Inc., et al. | 08-2169 |
| TXS | 4 | 07-4179 | Leesa K. Bristow v. Davol, Inc., et al. | 08-2170 |
| TXS | 4 | 07-4180 | Terri Ann Bruce v. Davol, Inc., et al. | 08-2171 |
| TXS | 4 | 07-4182 | Norman Thomas Cartright v. Davol, Inc., et al. | 08-2172 |
| TXS | 4 | 07-4184 | Andy Cordova v. Davol, Inc., et al. | 08-2173 |
| TXS | 4 | 07-4186 | Barbara A. Cornell v. Davol, Inc., et al. | 08-2174 |
| TXS | 4 | 07-4190 | Victoria L. Chavez v. Davol, Inc., et al. | 08-2175 |
| TXS | 4 | 07-4191 | Robert Lyn Kearney v. Davol, Inc., et al. | 08-2176 |
| TXS | 4 | 07-4192 | Dianna R. Kelley v. Davol, Inc., et al. | 08-2177 |
| TXS | 4 | 07-4193 | Valorie Dean Kelly v. Davol, Inc., et al. | 08-2178 |
| TXS | 4 | 07-4195 | Peggy O'Neill Little v. Davol, Inc., et al. | 08-2179 |
| TXS | 4 | 07-4196 | Gilbert Jeffrey Lyons v. Davol, Inc., et al. | 08-2180 |
| TXS | 4 | 07-4197 | Elaine Dorothy Madira v. Davol, Inc., et al. | 08-2181 |
| TXS | 4 | 07-4198 | Winnie Maye McCartney v. Davol, Inc., et al. | 08-2182 |
| TXS | 4 | 07-4199 | Kathy A. Patterson v. Davol, Inc., et al. | 08-2183 |
| TXS | 4 | 07-4200 | Sarah L. Whitmore v. Davol, Inc., et al. | 08-2184 |
| TXS | 4 | 07-4205 | Patty Lou Scott v. Davol, Inc., et al. | 08-2185 |
| TXS | 4 | 07-4206 | Michael Ruggles v. Davol, Inc., et al. | 08-2186 |
| TXS | 4 | 07-4207 | Deborah Lynn Romero v. Davol, Inc., et al. | 08-2187 |
| TXS | 4 | 07-4208 | Eleanor Ruth Reynolds v. Davol, Inc., et al. | 08-2188 |
| TXS | 4 | 07-4210 | Joeanne Reed v. Davol, Inc., et al. | 08-2189 |
| TXS | 4 | 07-4211 | Rachel Ramos v. Davol, Inc., et al. | 08-2190 |
| TXS | 4 | 07-4212 | Marvin E. Parker v. Davol, Inc., et al. | 08-2191 |
| TXS | 4 | 07-4213 | Connie Mae Painter v. Davol, Inc., et al. | 08-2192 |
| TXS | 4 | 07-4214 | Pauline B. Murrell v. Davol, Inc., et al. | 08-2193 |
| TXS | 4 | 07-4215 | Rose Maria Miller-Consoli v. Davol, Inc., et al. | 08-2194 |
| TXS | 4 | 07-4216 | Phyllis J. Miller v. Davol, Inc., et al. | 08-2195 |
| TXS | 4 | 07-4217 | Rebecca Joanne McCormick v. Davol, Inc, et al. | 08-2196 |
| TXS | 4 | 07-4218 | Neva Leann Shortnacy-Jackson v. Davol, Inc., et al. | 08-2197 |
| TXS | 4 | 07-4219 | Deborah Martina Spicer-Yates v. Davol, Inc., et al. | 08-2198 |
| TXS | 4 | 07-4220 | Camille Nicole Thompson v. Davol, Inc., et al. | 08-2199 |
| TXS | 4 | 07-4221 | Patsy A. Tucker v. Davol, Inc., et al. | 08-2200 |
| TXS | 4 | 07-4223 | Ruby M. Vines v. Davol, Inc., et al. | 08-2201 |
| TXS | 4 | 07-4224 | Brenda E. Vogan v. Davol, Inc., et al. | 08-2202 |
| TXS | 4 | 07-4225 | Richard Lee Wahl v. Davol, Inc., et al. | 08-2203 |
| TXS | 4 | 07-4226 | Monty R. Wallace v. Davol, Inc., et al. | 08-2204 |
| TXS | 4 | 07-4227 | Thomas H. Walsh v, Davol, Inc., et al. | 08-2205 |
| TXS | 4 | 07-4228 | Tina Lee Ward v. Davol, Inc., et al. | 08-2206 |
| TXS | 4 | 07-4229 | Tamala Christine Wilson v. Davol, Inc., et al. | 08-2207 |

**MDL No. 1842 - Schedule CTO-13 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| TXS 4 07-4230 | Dan Lewis Zachariah v. Davol, Inc., et al. | 08-2208 |
| TXS 4 07-4231 | Lori J. Johnson v. Davol, Inc., et al. | 08-2209 |
| TXS 4 07-4232 | Tasha D. Hansard v. Davol, Inc., et al. | 08-2210 |
| TXS 4 07-4233 | Marcia Lou Glascock v. Davol, Inc., et al. | 08-2211 |
| TXS 4 07-4234 | Theresa Garza v. Davol, Inc., et al. | 08-2212 |
| TXS 4 07-4235 | Marie Frank v. Davol, Inc., et al. | 08-2213 |
| TXS 4 07-4236 | Kyle E. Ferdig v. Davol, Inc., et al. | 08-2214 |
| TXS 4 07-4237 | Bonnie Lou Farmer, etc. v. Davol, Inc., et al. | 08-2215 |
| TXS 4 07-4239 | Ricky Eugene Earnhardt v. Davol, Inc., et al. | 08-2216 |
| TXS 4 07-4240 | Kimberlee H. Dean v. Davol, Inc., et al. | 08-2217 |
| TXS 4 07-4252 | Guadalupe V. Gonzalez v. Davol, Inc., et al. | 08-2218 |
| TXS 4 07-4254 | Karen L. Gates v. Davol, Inc., et al. | 08-2219 |
| TXS 4 07-4256 | Romualdo Vences Gama v. Davol, Inc., et al. | 08-2220 |
| TXS 4 07-4257 | Katherine Margaret Dunn v. Davol, Inc., et al. | 08-2221 |
| TXS 4 07-4259 | William N. DeBoard v. Davol, Inc., et al. | 08-2222 |
| TXS 4 07-4261 | Kelli M. Cecil v. Davol, Inc., et al. | 08-2223 |
| TXS 4 07-4263 | Joe Lewis Brown v. Davol, Inc., et al. | 08-2224 |
| TXS 4 07-4265 | Miron D. Bristow v. Davol, Inc., et al. | 08-2225 |
| TXS 4 07-4300 | Travis W. Harris, Jr. v. Davol, Inc., et al. | 08-2226 |
| TXS 4 07-4301 | Mark A. Woods v. Davol, Inc., et al. | 08-2227 |
| TXS 4 07-4302 | Gairee A. Trigg, Sr. v. Davol, Inc., et al. | 08-2228 |
| TXS 4 07-4303 | Tommie J. Thomas v. Davol, Inc., et al. | 08-2229 |
| TXS 4 07-4304 | Carl E. Scott v. Davol, Inc., et al. | 08-2230 |
| TXS 4 07-4305 | Brent S. Rice v. Davol, Inc., et al. | 08-2231 |
| TXS 4 07-4306 | Pamela Ruth Parker v. Davol, Inc., et al. | 08-2232 |
| TXS 4 07-4310 | Melissa Kaye Neeley v. Davol, Inc., et al. | 08-2233 |
| TXS 4 07-4311 | Bruce Everette Morrison v. Davol, Inc., et al. | 08-2234 |
| TXS 4 07-4312 | Roger W. Maupin v. Davol, Inc., et al. | 08-2235 |
| TXS 4 07-4313 | William O. King v. Davol, Inc., et al. | 08-2236 |
| TXS 4 07-4314 | Robert Scott Jones v. Davol, Inc., et al. | 08-2237 |
| TXS 4 07-4317 | Delores R. Curry v. Davol, Inc., et al. | 08-2238 |
| TXS 4 07-4318 | Sondra Lee Ditty v. Davol, Inc., et al. | 08-2239 |
| TXS 4 07-4319 | Kenneth M. Garofono v. Davol, Inc., et al. | 08-2240 |
| TXS 4 07-4321 | Joseph Daniel Harb v. Davol, Inc., et al. | 08-2241 |
| TXS 4 07-4322 | Carl James Johnson v. Davol, Inc., et al. | 08-2242 |
| TXS 4 07-4323 | Jeffrey M. Knisbacher v. Davol, Inc., et al. | 08-2243 |
| TXS 4 07-4324 | Nadean K. Kovarik v. Davol, Inc., et al. | 08-2244 |
| TXS 4 07-4333 | Frances Althea Vickery v. Davol, Inc., et al. | 08-2245 |
| TXS 4 07-4334 | Marty D. Tolen v. Davol, Inc., et al. | 08-2246 |
| TXS 4 07-4335 | Kate Katherine Taylor v. Davol, Inc., et al. | 08-2247 |
| TXS 4 07-4336 | Lucille C. Smith v. Davol, Inc., et al. | 08-2248 |
| TXS 4 07-4337 | Kim Catlett v. C.R. Bard, Inc., et al. | 08-2249 |
| TXS 4 07-4338 | Marilyn A. Samet v. Davol, Inc., et al. | 08-2250 |
| TXS 4 07-4339 | Douglas A. Salomon v. Davol, Inc., et al. | 08-2251 |
| TXS 4 07-4341 | Cora L. Metcalf v. Davol, Inc., et al. | 08-2252 |
| TXS 4 07-4343 | Evangeline H. Mercadel v. Davol, Inc., et al. | 08-2253 |

**MDL No. 1842 - Schedule CTO-13 Tag-Along Actions (Continued)**

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|
| TXS | 4 | 07-4344 | Julie Diane Martin v. Davol, Inc., et al. | 08-2254 |
| TXS | 4 | 07-4345 | Dixie Anne Lee, etc. v. Davol, Inc., et al. | 08-2255 |
| TXS | 4 | 07-4346 | Debbie Lynn Wagner v. Davol, Inc., et al. | 08-2256 |
| TXS | 4 | 07-4347 | Scott David Montague v. Davol, Inc., et al. | 08-2257 |
| TXS | 4 | 07-4348 | Paul E. Lang, Sr. v. Davol, Inc., et al. | 08-2258 |
| TXS | 4 | 07-4349 | Beverlyl Ruth Learn v. Davol, Inc., et al. | 08-2259 |
| TXS | 4 | 07-4350 | Mary Jane Maciel v. Davol, Inc., et al. | 08-2260 |
| TXS | 4 | 07-4351 | Richard Jay Martin v. Davol, Inc., et al. | 08-2261 |
| TXS | 4 | 07-4352 | Betty Jo McCrorie v. Davol, Inc., et al. | 08-2262 |
| TXS | 4 | 07-4353 | Jesse A. Moore v. Davol, Inc., et al. | 08-2263 |
| TXS | 4 | 07-4354 | Paul F. Nystrom v. Davol, Inc., et al. | 08-2264 |
| TXS | 4 | 07-4358 | Virginia L. Olsen v. Davol, Inc., et al. | 08-2265 |
| TXS | 4 | 07-4359 | Barbara Jean Petry v. Davol, Inc., et al. | 08-2266 |
| TXS | 4 | 07-4360 | Shannon Philburn v. Davol, Inc., et al. | 08-2267 |
| TXS | 4 | 07-4361 | Cherie Borst Stockard v. Davol, Inc., et al. | 08-2268 |
| TXS | 4 | 07-4362 | Remigio B. Troya v. Davol, Inc., et al. | 08-2269 |
| TXS | 4 | 07-4363 | Morris R. Weibel v. Davol, Inc., et al. | 08-2270 |
| TXS | 4 | 07-4364 | Brianna M. West v. Davol, Inc., et al. | 08-2271 |
| TXS | 4 | 07-4365 | Barbara Jean Wright v. Davol, Inc., et al. | 08-2272 |
| TXS | 4 | 07-4366 | Karl A. Younger v. Davol, Inc., et al. | 08-2273 |
| TXS | 4 | 07-4367 | Christopher Batiste v. Davol, Inc., et al. | 08-2274 |
| TXS | 4 | 07-4368 | Bruce M. Beaudoin v. Davol, Inc., et al. | 08-2275 |
| TXS | 4 | 07-4369 | Deborah June Bilbrey v. Davol, Inc., et al. | 08-2276 |
| TXS | 4 | 07-4370 | Mary Jane Bohm v. Davol, Inc., et al. | 08-2277 |
| TXS | 4 | 07-4371 | Ella Mae Christensen v. Davol, Inc., et al. | 08-2278 |
| TXS | 4 | 07-4373 | Jim Edward Curtis v. Davol, Inc., et al. | 08-2279 |
| TXS | 4 | 07-4374 | Reda M. Dailey v. Davol, Inc., et al. | 08-2280 |
| TXS | 4 | 07-4375 | Barbara A. Dockery v. Davol, Inc., et al. | 08-2281 |
| TXS | 4 | 07-4376 | Lewis W. Harris v. Davol, Inc., et al. | 08-2282 |
| TXS | 4 | 07-4378 | Todd R. Johnson v. Davol, Inc., et al. | 08-2283 |
| TXS | 4 | 07-4379 | Noe C. Juarez v. Davol, Inc., et al. | 08-2284 |
| TXS | 4 | 07-4380 | James Sterling Mullen v. Davol, Inc., et al. | 08-2285 |
| TXS | 4 | 07-4381 | Rosalie O'Leary v. Davol, Inc., et al. | 08-2286 |
| TXS | 4 | 07-4382 | John E. Palmer v. Davol, Inc., et al. | 08-2287 |
| TXS | 4 | 07-4384 | Ralph L. Parks v. Davol, Inc., et al. | 08-2288 |
| TXS | 4 | 07-4385 | Leora J. Powell v. Davol, Inc., et al. | 08-2289 |
| TXS | 4 | 07-4386 | Ronald Michael Rosa v. Davol, Inc., et al. | 08-2290 |
| TXS | 4 | 07-4387 | John Howard Russell v. Davol, Inc., et al. | 08-2291 |
| TXS | 4 | 07-4389 | Stanley Ray Slone v. Davol, Inc., et al. | 08-2292 |
| TXS | 4 | 07-4390 | James E. Smiley v. Davol, Inc., et al. | 08-2293 |
| TXS | 4 | 07-4391 | Vernon G. Stewart v. Davol, Inc., et al. | 08-2294 |
| TXS | 4 | 07-4393 | Sharon D. Thomas-Stewart v. Davol, Inc., et al. | 08-2295 |
| TXS | 4 | 07-4395 | Clinton E. Piper v. Davol, Inc., et al. | 08-2296 |
| TXS | 4 | 07-4397 | Mary C. Chennault v. Davol, Inc., et al. | 08-2297 |
| TXS | 4 | 07-4398 | Inta Meya v. Davol, Inc., et al. | 08-2298 |
| TXS | 4 | 07-4400 | Juan M. Ballesteros v Davol, Inc., et al. | 08-2299 |

**MDL No. 1842 - Schedule CTO-13 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| TXS 4 07-4401 | Joyce Arnesen v. Davol, Inc., et al. | 08-2300 |
| TXS 4 07-4402 | Jeri Burger v. Davol, Inc., et al. | 08-2301 |
| TXS 4 07-4403 | Vera Clay v. Davol, Inc., et al. | 08-2302 |
| TXS 4 07-4404 | William Doug Devine v. Davol, Inc., et al. | 08-2303 |
| TXS 4 07-4405 | Barbara Durst v. Davol, Inc., et al. | 08-2304 |
| TXS 4 07-4406 | Roseann Eldred v. Davol, Inc., et al. | 08-2305 |
| TXS 4 07-4407 | Mashell Garrett v. Davol, Inc., et al. | 08-2306 |
| TXS 4 07-4408 | Davida Gavin v. Davol, Inc., et al. | 08-2307 |
| TXS 4 07-4410 | Frank Getcy, Jr. v. Davol, Inc., et al. | 08-2308 |
| TXS 4 07-4411 | Claude Honeycutt v. Davol, Inc., et al. | 08-2309 |
| TXS 4 07-4412 | Lynne Huerta v. Davol, Inc., et al. | 08-2310 |
| TXS 4 07-4414 | Rex Lee v. Davol, Inc., et al. | 08-2311 |
| TXS 4 07-4416 | Cheryl Light v. Davol, Inc., et al. | 08-2312 |
| TXS 4 07-4418 | Janet Loose v. Davol, Inc., et al. | 08-2313 |
| TXS 4 07-4419 | Randal McQuiller v. Davol, Inc., et al. | 08-2314 |
| TXS 4 07-4420 | Mary Nichols v. Davol, Inc., et al. | 08-2315 |
| TXS 4 07-4421 | Rickie Patton v. Davol, Inc., et al. | 08-2316 |
| TXS 4 07-4422 | Patricia Peters v. Davol, Inc., et al. | 08-2317 |
| TXS 4 07-4423 | Mary Polacek v. Davol, Inc., et al. | 08-2318 |
| TXS 4 07-4424 | Maxette Ratliff v. Davol, Inc., et al. | 08-2319 |
| TXS 4 07-4425 | Barbara Rogers v. Davol, Inc., et al. | 08-2320 |
| TXS 4 07-4426 | Mike Reed v. Davol, Inc., et al. | 08-2321 |
| TXS 4 07-4427 | Theresa Smith v. Davol, Inc., et al. | 08-2322 |
| TXS 4 07-4428 | Everett Stafford v. Davol, Inc., et al. | 08-2323 |
| TXS 4 07-4429 | Randall Study v. Davol, Inc., et al. | 08-2324 |
| TXS 4 07-4430 | Valerie Walker v. Davol, Inc., et al. | 08-2325 |
| TXS 4 07-4431 | Dorothy M. Young v. Davol, Inc., et al. | 08-2326 |
| TXS 4 07-4432 | Joseph William Halfacre v. Davol, Inc., et al. | 08-2327 |
| TEXAS WESTERN | | |
| TXW 7 07-104 | Tina Sue Thetford, et al. v. Davol, Inc., et al. | 08-2328 |

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED COUNSEL LIST (CTO-13)**

David Willis Alexander
WILLIAMS KHERKHER HART BOUNDAS LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017

Alfred W. Ellis
SOMMERMAN & QUESADA
3811 Turtle Creek Boulevard
Suite 1400
Dallas, TX 75219-4461

Thomas M. Frieder
HASSARD BONNINGTON LLP
Two Embarcadero Center
Suite 1800
San Francisco, CA 94111-3993

Daniel N. Gallucci
RODA & NAST PC
801 Estelle Drive
Lancaster, PA 17601

Barbara K. Gotthelf
MCCARTER & ENGLISH L LP
1735 Market Street
Suite 1700
Philadelphia, PA 19103-7397

Kirby T. Griffis
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Suite 900
Washington, DC 20005

Gary D. Hermann
HERMANN CAHN & SCHNEIDER
1301 East Ninth Street
Suite 500
Cleveland, OH 44114

Joe G. Hollingsworth
SPRIGGS & HOLLINGSWORTH
1350 I Street, N.W.
Washington, DC 20005

Charles H Johnson
CHARLES H JOHNSON & ASSOCIATES
2599 Mississippi Street
New Brighton, MN 55112-5060

Steven Michael Johnson
JOHNSON LAW FIRM
3437 West 7th Street
# 258
Fort Worth, TX 76107

Rodney A. Klein
RODNEY A KLEIN LAW OFFICES
2300 Bell Executive Lane
Sacramento, CA 95825

Jeffrey M. Kuntz
WAGSTAFF & CARTMELL LLP
4740 Grand Avenue
Suite 300
Kansas City, MO 64112

Michael A. London
DOUGLAS & LONDON PC
111 John Street
14th Floor
New York, NY 10038

**MDL No. 1842 - Involved Counsel List (CTO-13) (Continued)**

D. Mitchell McFarland
HARRISON BETTIS STAFF
MCFARLAND & WEEMS LLP
500 Dallas Street
Suite 2600
Houston, TX 77002

Donald A. Migliori
MOTLEY RICE LLC
321 South Main Street, 2nd Floor
P.O. Box 6067
Providence, RI 02940-6067

Melanie H. Muhlstock
PARKER WAICHMAN & ALONSO LLP
111 Great Neck Road
1st Floor
Great Neck, NY 11021-5402

Richard James Murphy
COSTELLO MCMAHON & BURKE LTD
150 North Wacker Drive
Suite 3050
Chicago, IL 60606

Derek H. Potts
POTTS LAW FIRM LLC
715 May Street
Suite 100
Kansas City, MO 64105

Christopher J. Predko
WARNER NORCROSS & JUDD LLP
900 Fifth Third Center
111 Lyon Street, N.W.
Grand Rapids, MI 49503-2487

Colin P. Sammon
NOVAK ROBENALT & PAVLIK LLP
950 Skylight Office Tower
1660 West Second Street
Cleveland, OH 44113

Jesus Sotelo
JESUS SOTELO & ASSOCIATES
P.O. Box 763
Pharr, TX 78577

John A. Zick
34705 West Twelve Mile Road
Suite 311
Farmington Hills, MI 48331-3265

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION**

MDL No. 1842

**INVOLVED JUDGES LIST (CTO-13)**

Hon. Garland E. Burrell, Jr.
Chief Judge, U.S. District Court
501 I Street
Suite 13-200
Sacramento, CA 95814

Hon. John F. Grady
Senior U.S. District Judge
2286 Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Hon. Carlos Murguia
U.S. District Judge
537 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

Hon. Anna D. Taylor
Senior U.S. District Judge
1035 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Hon. Donovan W. Frank
U.S. District Judge
738 Warren E. Burger Federal Bldg.
316 North Robert Street
St. Paul, MN 55101

Hon. Paul A. Magnuson
Senior U.S. District Judge
730 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Hon. Dennis M. Cavanaugh
U.S. District Judge
United States District Court
451 U.S. Post Office & Courthouse
Two Federal Square
Newark, NJ 07102-3513

Hon. Jose L. Linares
U.S. District Judge
Martin Luther King, Jr., Federal Building
& U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Hon. Eric N. Vitaliano
U.S. District Judge
United States District Court
714 U.S. Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Hon. Jack Zouhary
U.S. District Judge
203 United States Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624

~~Hon. Stewart Dalzell~~
~~U.S. District Judge~~
~~5614 James A. Byrne U.S. Courthouse~~
~~601 Market Street~~
~~Philadelphia, PA 19106~~

Hon. Jorge A. Solis
U.S. District Judge
Earle Cabell Federal Bldg. & U.S. Courthouse
1100 Commerce Street, Room 1654
Dallas, TX 75242-1003

**MDL No. 1842 - Involved Judges List (CTO-13) (Continued)**

Hon. Hayden W. Head, Jr.
Chief Judge, U.S. District Court
1133 North Shoreline Boulevard
Suite 308
Corpus Christi, TX 78401

Hon. Nancy F. Atlas
U.S. District Judge
9015 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002

Hon. Keith P. Ellison
U.S. District Judge
Bob Casey United States District Court
515 Rusk Street
Room 8631
Houston, TX 77002

Hon. Vanessa D. Gilmore
U.S. District Judge
9513 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Melinda Harmon
U.S. District Judge.
9114 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. David Hittner
Senior U.S. District Judge
8509 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Kenneth M. Hoyt
U.S. District Judge
11144 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Lynn N. Hughes
U.S. District Judge
11122 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Samuel B. Kent
U.S. District Judge
613 U.S. Courthouse
601 25th Street
Galveston, TX 77550

Hon. Sim Lake
U.S. District Judge
9535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Gray H. Miller
U.S. District Judge
9136 Bob Casey United States Courthouse
515 Rusk Street
Houston, TX 77002-2600

Hon. Lee H. Rosenthal
U.S. District Judge
11535 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002

Hon. Ewing Werlein, Jr.
Senior U.S. District Judge
11521 Bob Casey U.S. Courthouse
515 Rusk Avenue
Houston, TX 77002-2600

Hon. Robert A. Junell
U.S. District Judge
301 Federal Building U.S. Courthouse
200 East Wall Street
Midland, TX 79701

**IN RE: KUGEL MESH HERNIA PATCH PRODUCTS LIABILITY LITIGATION** MDL No. 1842

**INVOLVED CLERKS LIST (CTO-13)**

Jack L. Wagner, Clerk
4-200 U.S. Courthouse
501 I Street
Sacramento, CA 95814-2322

Michael W. Dobbins, Clerk
Everett McKinley Dirksen U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Ingrid A. Campbell, Acting Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

David J. Weaver, Clerk
814 Theodore Levin U.S. Courthouse
231 West Lafayette Boulevard
Detroit, MI 48226

Richard Sletten, Clerk
202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

William T. Walsh, Clerk
Martin Luther King, Jr. Fed.
Bldg. & U.S. Courthouse
50 Walnut Street, 4th Floor
Newark, NJ 07102

Robert C. Heinemann, Clerk
130 United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Geri M. Smith, Clerk
114 U.S. Courthouse
1716 Spielbusch Avenue
Toledo, OH 43624-1347

~~Michael E. Kunz, Clerk~~
~~2609 James A. Byrne U.S. Courthouse~~
~~601 Market Street~~
~~Philadelphia, PA 19106-1797~~

Karen S. Mitchell, Clerk
1452 Earle Cabell Federal Building & U.S. Courthouse
1100 Commerce Street
Dallas, TX 75242-1310

Michael N. Milby, Clerk
U.S. Courthouse
1133 North Shoreline Blvd.
Corpus Christi, TX 78401

Michael N. Milby, Clerk
United States District Court
P.O. Box 61010
Houston, TX 77208-1010

William G. Putnicki, Clerk
316 U.S. Courthouse
200 E. Wall Street
Midland, TX 79701